IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS, UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, a voluntary association, and JESUS NIEBLAS, <br><br> Plaintiffs, <br><br> vs. <br><br> FLATWATER CONSTRUCTION, INC., an Illinois corporation, and DMITRI KITSUTKIN, <br><br> Defendants. | Case No. 09 C 2413 <br><br> Judge Pallmeyer <br> Magistrate Judge Valdez <br><br> JURY TRIAL DEMANDED |

CONSENT BY PARTY TO JOIN AS PLAINTIFF IN ACTION
UNDER FAIR LABOR STANDARDS ACT

The undersigned hereby consents to an action filed against defendants Flatwater Construction, Inc. and Dmitri Kisutkin pursuant to the Fair Labor Standards Act 29 U.S.C. 216(b) and further authorizes Terrance B. McGann and Gregory N. Freerksen, of the law firm of Whitfield, McGann & Ketterman to file suit and represent him as his attorneys in the action.

Dated: 5/29/09

/s/ Jesus Nieblas
Jesus Nieblas
740 Navajo DR
Street Address
Carpentersville IL 60110
City, State, Zip

Terrance B. McGann
Gregory N. Freerksen
WHITFIELD, MCGANN & KETTERMAN
111 E. Wacker Drive, Ste 2600
Chicago, IL 60601
(312) 251-9700

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS, UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, a voluntary association, and JESUS NIEBLAS, <br><br> Plaintiffs, <br><br> vs. <br><br> FLATWATER CONSTRUCTION, INC., an Illinois corporation, and DMITRI KITSUTKIN, <br><br> Defendants. | Case No. 09 C 2413 <br><br> Judge Pallmeyer <br> Magistrate Judge Valdez <br><br> JURY TRIAL DEMANDED |

CONSENTIMIENTO POR INTERESADO A UNIRSE COMO DEMANDANTE EN
ESTA ACCION
BAJO FAIR LABOR STANDARDS ACT

El subscrito de comun acuerdo a una accion sometida encontra al demandado FLATWATER CONSTRUCTION, INC. Y DEMITRI KISUTKIN Siguiendo el acta Fair Labor Standards 29 U.S.C 216(b) Y Además autoriza a Terrance B. McGann y Gregory N. Freerksen, del bufete de abogados Whitfield, McGann & Ketterman de someter esta demanda y representarlo como sus abogados en esta accion.

Dated: 5/29/09

Jesus Nieblas
7410 Navajo DR
Street Address
Carpentersville IL 60110
City, State, Zip

Terrance B. McGann
Gregory N. Freerksen
WHITFIELD, MCGANN & KETTERMAN
111 E. Wacker Drive, Ste 2600
Chicago, IL 60601
(312) 251-9700